FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Stanford Kanja<br><br>Defendant. | CR 99-442 RSWL<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

```
 1          The court concludes:
 2  A.  (-)  Defendant poses a risk to the safety of other persons or the community
 3          because defendant has not demonstrated by clear and convincing
 4          evidence that:
 5          he will remain drug free
```

(B)  ✓  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he can ~~obey~~ obey orders

IT IS ORDERED that defendant be detained.

DATED: 12/15/14

/s/ STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE